IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRYAL J. CULLER, | No. C 10-0494 WHA (PR) |
|     Petitioner, | **ORDER OF TRANSFER** |
|   vs. | |
| JOHN HAVILAND, | |
|     Respondent. | (Docket No. 3) |

    This is a habeas case brought pro se by a state prisoner to challenge denial of parole. Petitioner was convicted in Contra Costa County Superior Court, which is in this district, and he is incarcerated at California State Prison, Solano, in Vacaville, California, which is in the Eastern District.

    Because petitioner's claim is about the denial of parole, it is a challenge to the execution of his sentence, rather than the validity of it. Venue for habeas cases involving state prisoners is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

//

//

Pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this petition is **TRANSFERRED** to the United States District Court for the Eastern District of California. In light of this transfer, ruling on the application for leave to proceed in forma pauperis is deferred to the Eastern District, and the Clerk shall terminate the motion (docket number 3) from this court's docket.

**IT IS SO ORDERED.**

Dated: March 30, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.10\CULLER494.TRN.wpd.